**HOLTZMAN & MCCLAIN, PC**
A Professional Corporation
524 Maple Avenue, Suite 200
Linwood, NJ 08221
(609) 601-0900
Stephen D. Holtzman, Esquire (SDH 9921)
Jeffrey S. McClain, Esquire (JSM 0966)
Attorneys for Plaintiff GJJM ENTERPRISES, LLC d/b/a Stiletto

| | |
|---|---|
| GJJM ENTERPRISES, LLC, d/b/a Stiletto,<br>185 S. South Carolina Ave.<br>Atlantic City, NJ 08401,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATLANTIC CITY,<br>1301 Bacharach Blvd.<br>Atlantic City, NJ 08401,<br><br>CITY OF ATLANTIC CITY POLICE DEPARTMENT,<br>2715 Atlantic Ave.<br>Atlantic City, NJ 08401,<br><br>HENRY WHITE, Chief, Atlantic City Police Department, In His Official Capacity Only,<br>2715 Atlantic Ave.<br>Atlantic City, NJ 08401,<br><br>    Defendants. | UNITED STATES DISTRICT COURT<br>District of New Jersey<br><br>Case No. 17-cv-2492 (JHR) (AMD)<br><br>Civil Action<br><br>**PLAINTIFF GJJM ENTERPRISES, LLC'S MOTION FOR PRELIMINARY INJUNCTION** |

TO: ALL PARTIES

  **PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Plaintiff GJJM ENTERPRISES, LLC d/b/a Stiletto, by and through its attorneys, Holtzman & McClain, P.C., will move before the above-captioned Court for a Preliminary Injunction pursuant to Fed. R. Civ. P. 65 prohibiting the City of Atlantic City, its police force, and police chief, from enforcing the "BYOB" advertising ban contained in N.J.S.A. 2C:33-27(a)(2).

Plaintiff GJJM ENTERPRISES, LLC d/b/a Stiletto will rely on the attached Verified Complaint for Declaratory and Injunctive Relief, Petitioner's Brief and Exhibits, if any, in Support of its Petition, as well as the Affidavit of Phillip Griffo**.**

Respectfully submitted,

 /s/ Stephen D. Holtzman (SDH 9921)
STEPHEN D. HOLTZMAN, ESQUIRE
Holtzman & McClain, PC
524 Maple Ave., Suite 200
Linwood, NJ 08221
(609) 601-0900
SHoltzman2000@aol.com

JENNIFER M. KINSLEY, ESQUIRE
*Pro Hac Vice* Pending
Kinsley Law Office
Post Office Box 19478
Cincinnati, Ohio 45219
(513) 708-2595
Kinsleylawofffice@gmail.com

DANIEL A. SILVER, ESQUIRE
*Pro Hac Vice* Pending
Silver & Silver
One Liberty Square
New Britain, Connecticut 06050
(860) 225-3518
dan@lawsilver.com

Counsel for Plaintiff GJJM Enterprises, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing motion was provided to all counsel of record via the Court's electronic filing (CM/ECF) system, as well as by regular U.S. mail, postage prepaid, to the City of Atlantic City Solicitor's Office, Atlantic City Hall, 1301 Bacharach Blvd. #406, Atlantic City, NJ 08401 on the 13th day of April, 2017.

                                                      /s/ Stephen D. Holtzman (SDH 9921)
                                                   STEPHEN D. HOLTZMAN, ESQUIRE