**LITE DEPALMA GREENBERG, LLC**
Victor A. Afanador
Steven S. Glickman
570 Broad Street, Suite 1201
Newark, NJ 07102
T: (973) 623-3000
F: (973) 623-0858
vafanador@litedepalma.com
sglickman@litedepalma.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GJJM ENTERPRISES, LLC d/b/a STILETTO, 185 SOUTH CAROLINA AVE, ATLANTIC CITY, NJ 08401<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ATLANTIC CITY, 1301 BACHARACH BLVD, ATLANTIC CITY, NJ 08401<br><br>CITY OF ATLANTIC CITY POLICE DEPARTMENT, 2715 ATLANTIC AVE, ATLANTIC CITY, NJ 08401<br><br>HENRY WHITE, CHIEF, ATLANTIC CITY POLICE DEPARTMENT, IN HIS OFFICIAL CAPACITY ONLY, 2715 ATLANTIC AVE. ATLANTIC CITY, NJ 08401<br><br>Defendants. | Civil Action No. 17-cv-2492 (JHR) (AMD)<br><br>**NOTICE OF:**<br><br>**(1) DEFENDANTS' CROSS-MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT, AND**<br><br>**(2) DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned will apply to the United States District Court, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ

681227.1

08101, on Monday, June 5, 2017 at 9:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, for an Order: (1) denying Plaintiff's motion for preliminary injunction and (2) granting Defendants' Cross-Motion to Dismiss the Plaintiff's Complaint.

**PLEASE TAKE NOTICE** that in support of this motion, Defendants, will rely upon the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that at the time and place aforesaid, Defendants will request that the proposed form of Order submitted herewith be entered by the Court.

**LITE DEPALMA GREENBERG, LLC**

*/s/ Victor A. Afanador*
Victor A. Afanador, Esq.
Steven S. Glickman, Esq.
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
vafanador@litedepalma.com
sglickman@litedepalma.com
*Attorneys for Defendants*

Dated: May 12, 2017

681227.1

## **CERTIFICATION OF SERVICE**

I, Victor A. Afanador, hereby certify under penalty of perjury that, on this day, I served a copy of: (1) the Defendants' Cross-Motion to Dismiss the Plaintiff's Complaint and (2) Opposition to Plaintiff's Motion for Preliminary Injunction and accompanying documents on all counsel of record by ECF.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**LITE DEPALMA GREENBERG, LLC**

*/s/ Victor A. Afanador*
*Attorneys for Defendants*

Dated: May 12, 2017

681227.1